[31609] [Order Denying Without Prejudice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:09-bk-06474-PMG
                                                    Chapter 7

William Howard Harris


Sallie Anna Harris


_____Debtor(s)_____/


## ORDER DENYING MOTION FOR CONTEMPT AND SANCTIONS AGAINST BANK OF AMERICA, N.A. WITHOUT PREJUDICE

Upon consideration of the Motion for Contempt and Sanctions Against Bank of America, N.A. filed by Debtors on July 18, 2011 the Court finds:

1. The Motion for Contempt and Sanctions Against Bank of America, N.A. is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the Motion for Contempt and Sanctions Against Bank of America, N.A. on respondent in the manner provided by Fed. R. Bank. P. 7004 as required by Fed. R. Bank. P. 9014.

The Court denies the Motion for Contempt and Sanctions Against Bank of America, N.A. without prejudice to refiling, securing service on respondent in accordance with Federal Rule of Bankruptcy Procedure 7004, and filing certification of service.


Dated July 20, 2011.

_____
Paul M. Glenn
Chief United States Bankruptcy Judge


Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee
Creditor